IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00033-RRB-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF CONTINUING |
| | ) | GARNISHMENT (WAGES) |
| KELLEY M. MACFARLAND, | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARSHALLS (c/o TJX CO., INC.), | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

    Pursuant to the Request for Entry of Order of Continuing Garnishment (Wages),

    IT IS ORDERED that the garnishee Marshalls (c/o TJX Co., Inc.), shall forward to the U.S. District Court Clerk twenty-five percent (25%) of the disposable earnings (gross wages less <u>required</u> deductions for federal income tax, federal social security, Medicare tax, state income tax, state disability insurance and payments to a <u>public</u> employee retirement system) per pay period

1

owing by the garnishee to the judgment debtor, beginning on the date the garnishee <u>received</u> the Writ of Continuing Garnishment (Wages), and continuing said payments for all subsequent pay periods until the judgment in favor of the United States is paid in full.  The garnishee shall, however, pay to the judgment debtor minimum net wages of $242.07 per pay period.

    IT IS SO ORDERED.

DATED: September 17, 2007.

                                   /s/ Dale A. Drozd
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/macfarland033.ord